AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>PRISCILA BARBOSA, EDVALDO ROCHA CABRAL, CLOVIS KARDEKIS PLACIDO, ▬▬▬▬▬▬▬▬▬▬▬, GUILHERME DA SILVEIRA (cont'd on attached sheet)<br>*Defendant(s)* | Case No.  21-mj-5202-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2019 to April 2021  in the county of  Essex  in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Terrence Dupont, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  May 6, 2021

_____
*Judge's signature*

City and state:  Boston, Massachusetts    Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*

THIAGO DE SOUZA PRADO, ███████████████████, FLAVIO CANDIDO DA SILVA, ALTACYR DIAS GUIMARAES NETO, ITALLO FELIPE PEREIRA DE SOUSA CORREA, JULIO VIEIRA BRAGA, ███████████████████, BRUNO PROENCIO ABREU, JORDANO AUGUSTO LIMA GUIMARAES, ███████, ALESSANDRO FELIX DA FONSECA, ███████████████████